# In The United States Court of Federal Claims

No. 12-798T

(Filed: January 9, 2013)

_____

TDX CONSTRUCTION CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 8, 2013, defendant filed an unopposed motion for an enlargement of time in which to file an answer to the complaint. The motion is hereby **GRANTED**. On or before March 19, 2013, defendant shall file its answer to the complaint.

**No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge