# In The United States Court of Federal Claims

No. 12-798T

(Filed: May 7, 2013)

_____

TDX CONSTRUCTION CORPORATION,

         Plaintiff,

   v.

THE UNITED STATES,

         Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Friday, May 24, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                       s/ Francis M. Allegra_____
                       Francis M. Allegra
                       Judge