# In The United States Court of Federal Claims

No. 12-798T

(Filed: May 9, 2013)

_____

TDX CONSTRUCTION CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

At the request of defendant, a telephonic preliminary status conference that was originally scheduled for May 24, 2013, has been rescheduled to Thursday, May 23, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge