# In The United States Court of Federal Claims

No. 12-798T

(Filed: June 5, 2013)

_____

TDX CONSTRUCTION CORPORATION,

            Plaintiff,

   v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

On May 23, 2013, a preliminary status conference was held in this case. Participating in the conference were Ira Stechel, for plaintiff, and Robert Stoddart, for defendant. Pursuant to discussions during the conference:

1. On or before February 21, 2014, the parties shall complete fact discovery;

2. On or before March 7, 2014, the parties shall disclose identities of initial expert witnesses;

3. On or before April 7, 2014, the parties shall exchange initial expert reports;

4. On or before May 30, 2014, the parties shall disclose identities and export reports of rebuttal expert witnesses;

5. On or before July 11, 2014, the parties shall complete depositions of experts; and

6. On or before July 25, 2014, the parties shall file a joint status report indicating how this case should proceed, including a proposed schedule, if appropriate.

The parties are also hereby informed that the court is advised that the other cases indirectly related to this case will be stayed until a final decision is rendered in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra  
Francis M. Allegra  
Judge