# In The United States Court of Federal Claims

No. 12-798T

(Filed: June 5, 2013)

───────────

TDX CONSTRUCTION CORPORATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

───────────

**ORDER**

───────────

On May 23, 2013, a preliminary status conference was held in this case. Participating in the conference were Ira Stechel, for plaintiff, and Robert Stoddart, for defendant. Pursuant to discussions during the conference:

1. On or before February 21, 2014, the parties shall complete fact discovery;

2. On or before March 7, 2014, the parties shall disclose identities of initial expert witnesses;

3. On or before April 7, 2014, the parties shall exchange initial expert reports;

4. On or before May 30, 2014, the parties shall disclose identities and export reports of rebuttal expert witnesses;

5. On or before July 11, 2014, the parties shall complete depositions of experts; and

6. On or before July 25, 2014, the parties shall file a joint status report indicating how this case should proceed, including a proposed schedule, if appropriate.

...

      The parties are also hereby informed that the court is advised that the other cases indirectly related to this case will be stayed until a final decision is rendered in this matter.

      **IT IS SO ORDERED.**

                                  <u>s/ Francis M. Allegra</u>
                                  Francis M. Allegra
                                  Judge